614 A.2d 615

STATE OF NEW JERSEY, v. ROLAND HUNTER.

September 11, 1992.

## ON PETITION FOR CERTIFICATION

Petition for certification is denied; and it is further

ORDERED that the resentencing ordered by the Appellate Division shall be in accordance with *State v. Vasquez*, 129 *N.J.* 189, 609 *A.*2d 29 (1992).